**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cynthia Perez, | No. CV-07-1273-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Southwest Airlines; and International Association of Machinists, | |
| Defendants. | |

Plaintiff Cynthia Perez commenced this action by filing a pro se complaint against Defendants Southwest Airlines and the International Association of Machinists. Dkt. #1. On October 23, 2007, the Court issued an order dismissing the complaint for lack of subject matter jurisdiction. Dkt. #15. The Court gave Plaintiff until November 16, 2007, to file an amended complaint. *Id.*

Plaintiff has filed a "motion to re-instate complaint," which the Court will construe as a motion for an extension of time to file an amended complaint. Dkt. #18. Plaintiff states that she did not receive the Court's order of dismissal until November 21, 2007 – 5 days after the deadline for filing an amended complaint. *Id.* at 1. Attached to Plaintiff's motion is a copy of the envelope used to mail the order of dismissal to Plaintiff. The envelope is postmarked November 19, 2007. *Id.* at 2. A review of the Court docket confirms that the Clerk's Office mailed the order to Plaintiff on this date. Because Plaintiff did not receive the order in a timely manner, the Court will grant her motion for extension of time. Plaintiff shall have until **December 21, 2007** to file an amended complaint.

1 **IT IS ORDERED:**

2    1.   Plaintiff's motion for extension of time to file amended complaint (Dkt. #18)
3         is **granted** as set forth in this order.
4    2.   Plaintiff has until **December 21, 2007** to file an amended complaint consistent
5         with the Court's order filed on October 23, 2007 (Dkt. #15).
6    3.   The Clerk of Court shall **terminate** this action without further notice if
7         Plaintiff fails to comply with this deadline.

DATED this 27th day of November, 2007.

_David G. Campbell_
United States District Judge

- 2 -